# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Sandra H. Harp,

             Plaintiff,

v.

Navarre Corporation, et al.,

             Defendants.

Civil No. 10-3970 (RHK/FLN)

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: September 21, 2010

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge