UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sandra H. Harp,                                    Civil 10-3970 PJS/FLN

                Plaintiff,

        v.                                          O R D E R

Navarre Corporation, David
Ginsburg, Margot McManus,
and Micki St. Clair,

                Defendants.
_____

        Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated November 3, 2011, all the files

and records, and no objections having been filed to said Report and Recommendation,

        **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Defendants (ECF

No. 12) is **GRANTED in part and DENIED in part** as follows:

1)      Plaintiff's claims against Defendant Navarre Corporation are **DISMISSED

        with prejudice**;

2)      Plaintiff's claims against Defendants David Ginsberg, Margot McManus,

        and Micki St. Clair, in their individual capacities, are **DISMISSED with

        prejudice**; and

3)      To the extent Plaintiff seeks to dismiss the claims against Defendants

        David Ginsberg, Margot McManus, and Micki St. Clair in their capacity as

        agents of Navarre Logistical Services, Inc., the motion is **DENIED.**

DATED: _____12/2____, 2011.        _s/Patrick J. Schiltz_____
at Minneapolis, Minnesota           Patrick J. Schiltz
                                    United States District Court